## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **DATA CARRIERS, LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:15-cv-115** |
| **v.** | |
| **PG&E CORPORATION,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Data Carriers, LLC and defendant PG&E Corporation have executed a settlement agreement concerning the subject matter of this action.  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff Data Carriers, LLC hereby moves for an order dismissing all claims against Defendant PG&E Corporation in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: July 8, 2015                                     Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:      (469) 587-9776
Facsimile:      (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF**
**DATA CARRIERS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on July 8, 2015.

*/s/ Austin Hansley*
Austin Hansley